UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK STEPHEN YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Respondent. | CASE NO. CV 08-6665-PJW<br><br>O R D E R |

　　　For the reasons set forth in the Court's March 30, 2010 Report and Recommendation, the ALJ's decision is affirmed and the case is dismissed with prejudice.

　　　IT IS SO ORDERED.

　　　DATED: June 7, 2011     .


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\YOUNG, R 6665\Order accep r&r.wpd