UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICK STEPHEN YOUNG, | ) | Case No. CV 08-6665-PJW |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>June 7, 2011</u>.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\YOUNG, R 6665\Judgment.wpd